UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/1/2021

-----------------------------------------------------------X
TAISHA PENA,

                  Plaintiff,

                  21 **CIVIL** 2239 (LJL)

        -against-              **DEFAULT JUDGMENT**

METROPOLITAN WIRELESS ANANDPUR
INC., et al.,
                  Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated November 1, 2021, the Court concludes that Plaintiff is entitled to relief on her claims for back wages (i.e., overtime and spread-of-hours wages), wage-notice violations, and wage-statement violations. Judgment is entered reflecting the Court's holding and setting forth Plaintiff's damages as follows. As against defendants Metropolitan Wireless Anandpur Inc. and Namit Sahni, Plaintiff is awarded: $4,061.98 in back wages under the NYLL, with 9% prejudgment interest accruing from May 2, 2020, in the amount of $548.87; $4,061.98 in liquidated damages; $5,000 in wage-notice statutory damages; and $5,000 in wage-statement statutory damages. "[I]f any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after the expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent." N.Y. Lab. Law § 198(4). The Court also awards post-judgment interest pursuant to 28 U.S.C. § 1961. As against defendants Metropolitan Wireless Anantpur Bronx Inc., SAB Impex Inc., Veeru Singh, and Talha Munir, Plaintiff is awarded: $2,310.91 in back wages under the NYLL, with 9% prejudgment interest accruing from September 30, 2020, in the amount of $226.22; $2,310.91 in liquidated damages; $4,250 in wage-notice statutory

damages; and $5,000 in wage-statement statutory damages. "[I]f any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after the expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent." N.Y. Lab. Law § 198(4). The Court also awards post-judgment interest pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**DATED**: New York, New York
November 1, 2021

                                        **RUBY J. KRAJICK**
                                                 Clerk of Court

                                  BY: _____
                                               Deputy Clerk